A. H. WOODS THEATRE COMPANY, INC., Appellant, v. JOHN F. GILCHRIST, Commissioner of Licenses of the City of New York, Respondent.

First Department, February 20, 1922.

Municipal corporations — city of New York — commissioner of licenses — dismissal of charge against theatre corporation by grand jury no ground for reargument of motion for injunction enjoining revocation of theatre license.

The fact that a prosecution of a theatre corporation has been attempted under section 1140a of the Penal Law, and the charge dismissed by the grand jury, cannot alter a previous determination of the court, enjoining the commissioner of licenses from revoking the license of a theatre conducted by the corporation.

APPEAL by the plaintiff, A. H. Woods Theatre Company, Inc., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 9th day of January, 1922, denying plaintiff's motion for reargument of motion for injunction *pendente lite*.

*Louis J. Vorhaus* of counsel [*Max D. Steuer* with him on the brief], for the appellant.

*John Lehman* of counsel [*John F. O'Brien* with him on the brief; *John P. O'Brien, Corporation Counsel*], for the respondent.

SMITH, J.:

This was a motion for reargument of a motion for a temporary injunction enjoining the commissioner of licenses from revoking the license of the Eltinge Theatre. (See *Woods Theatre Co., Inc., v. Gilchrist*, 200 App. Div. 128.) The motion was made upon the ground that, since the entry of the order, prosecutions have been attempted under section 1140a of the Penal Law, and the charge was dismissed by the grand jury. As I view the law, this cannot alter the determination made, and the appeal should be dismissed, with ten dollars costs and disbursements.

CLARKE, P. J., LAUGHLIN, MERRELL and GREENBAUM, JJ., concur.

Appeal dismissed, with ten dollars costs and disbursements.